Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Facsimile: 630-575-8188
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA M. BARKAN,<br><br>Plaintiff,<br><br>v.<br><br>CONVERSION INTERACTIVE AGENCY,<br><br>Defendant. | Case No. 5:21-cv-00262-JGB-SHK<br><br>Judge Jesus G. Bernal<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joshua M. Barkan and Defendant Conversation Interactive Agency, acting through their counsel, hereby stipulate that the above-entitled action by Plaintiff is dismissed with prejudice with each party to bear its or his own attorney's fees and costs.

|   |   |
|---|---|
| | Respectfully submitted, |

/s/ Alexander J. Taylor
Alexander J. Taylor
Sulaiman Law Group
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Facsimile: 630-575-8188
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

/s/ Marty E. Zemming
Marty E. Zemming (SBN: 213645)
Wagner Zemming Christensen, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: 951-686-4800
Facsimile: 951-686-4801
mez@wzclawfirm.com

Laura E. Kogan (OH 0087453)
(*Pro Hac Vice Forthcoming*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:216.363.4500
Facsimile: 216.363.4588
lkogan@beneschlaw.com
*Attorneys for Defendant Conversion Interactive Agency*

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>  /s/ Alexander J. Taylor
>  Alexander J. Taylor
>  *Attorney for Plaintiff Joshua Barkan*