Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Facsimile: 630-575-8188
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. BARKAN, | Case No. 5:21-CV-00262-JGB-(SHKx) |
| Plaintiff, | Judge Jesus G. Bernal |
| v. | |
| CONVERSION INTERACTIVE AGENCY, | **ORDER ON JOINT STIPULATION OF DISMISSAL** |
| Defendant. | |

Based on the Joint Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: March 18, 2021

_____
Hon. Jesus G. Bernal
United States District Court Judge